UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BUDGET RENT A CAR SYSTEM, INC., <br> Plaintiff, <br> v. <br><br> MISSOULA ACCEPTANCE COMPANY, d/b/a BUDGET RENT A CAR OF MISSOULA and BUDGET RENT A CAR OF BILLINGS; MARY I. RYGG, INC., d/b/a BUDGET RENT A CAR OF WHITEFISH/KALISPELL; SOUTHERN CROSS RENTAL, INC., d/b/a BUDGET RENT A CAR OF McALLEN; LESLIE & LOIS CURRY, a SOLE PROPRIETORSHIP, d/b/a BUDGET RENT A CAR OF AMARILLO AND BUDGET RENT A CAR OF LUBBOCK; and CURREY ENTERPRISES, INC., d/b/a BUDGET RENT A CAR OF ABILENE, <br> Defendants. | Civ. Action No. 08-2706 (KSH) <br><br><br><br><br><br><br><br><br><br><br><br><br> **ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons stated in the opinion filed herewith

**IT IS** on this 30th day of June 2009

**ORDERED** that Magistrate Judge Shwartz's December 12, 2008 Report and Recommendation (D.E. 42) is accepted in its entirety; and it is further

**ORDERED** that the Report and Recommendation is adopted as the Opinion of the Court.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.

1